[No. 62522-5-I. Division One. June 8, 2009.]

PETER GLICK, *Appellant*, v. CARENA C. MCILWAIN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-08142-3, James A. Doerty, J., entered September 19, 2008. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 62548-9-I. Division One. June 8, 2009.]

SKYLINE PROPERTIES, INC., ET AL., *Appellants*, v. WESTWOOD EXECUTIVE HOMES, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-12972-5, Kenneth L. Cowsert, J., entered December 20, 2006. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 63087-3-I. Division One. June 8, 2009.]

*In the Matter of the Personal Restraint of* EARL MITCHELL GARLIN III, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 27267-2-III. Division Three. June 9, 2009.]

MAE SHEEHAN, *Appellant*, v. FRANK SHEEHAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03044-6, Kathleen M. O'Connor, J., entered June 18, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.